# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

U.S. DISTRICT COURT
**Southern District of GA**
**Filed In Office**

9:25 ___ M
20 17

**Deputy Clerk**

| United States of America | ) | |
| v. | ) | Case No.  4:16CR00211-1 |
| Thomas B. Wilkes | ) | |
| *Defendant* | ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U. S. C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.  The defendant's term of probation began on September 20, 2016, and expired on September 19, 2017.

**IT IS ORDERED:**  Thomas B. Wilkes is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date:  9-25-17

_____
*Judge's signature*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
_____
*Printed name and title*